UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-25-09653 AGR                                                   Date:  April 10, 2026

Title     Julian Cesar Pena, et. al. v. Buds on Beverly


Present: The Honorable:    Alicia G. Rosenberg, United States Magistrate Judge


|                  K. Lozada                   |                    n/a                     |
| :------------------------------------------: | :----------------------------------------: |
|                 Deputy Clerk                 |         Court Reporter / Recorder          |

|   Attorneys Present for Plaintiffs:    |   Attorneys Present for Defendants:    |
| :------------------------------------: | :------------------------------------: |
|                  n/a                   |                  n/a                   |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**


On October 9, 2025, Plaintiff, individually and on behalf of all others similarly situated, filed a complaint against Defendant Buds on Beverly.  (Dkt. No. 1.)

Under Rule 4(m), Plaintiff has 90 days to serve process upon a defendant after the complaint was filed on October 9, 2025.  Fed. R. Civ. P. 4(m).  The deadline for serving process passed on January 7, 2026.

To date, Plaintiff has not filed a proof of service and it appears the defendant has not been served.

Accordingly, IT IS ORDERED that Plaintiff show cause, in writing, by ***April 24, 2026***, why this action should not be dismissed without prejudice for failure to serve process upon the defendant and failure to prosecute.  Plaintiff is cautioned that failure to show cause in writing by ***April 24, 2026*** will result in dismissal of this action without prejudice for failure to serve process and failure to prosecute.  Fed. R. Civ. P. 4(m); *Link v. Wabash R.R.*, 370 U.S. 626, 629-30 (1962).

**Initials of Preparer**   kl